UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-3039-DOC (SP) | Date | June 27, 2013 |
|---|---|---|---|
| Title | Steven Jones v. Conrad Graber, Warden | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

None Appearing  None Appearing

**Proceedings:** (In Chambers) Order to Show Cause Re Filing of Notice of Appearance and Answer

On April 30, 2013, petitioner Steven Jones filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody under 28 U.S.C. § 2241 ("Petition"). On May 10, 2013, the court issued an Order Requiring Response to Petition. In that Order, the court required respondent to file and serve a notice of appearance, designating the Assistant United States Attorney(s) in charge of the case, within fourteen days of the service date of the court's Order. Respondent was also required to file either a motion to dismiss the Petition within thirty days of the service of the Order or an answer to the Petition within forty-five days of the service of the Order.

As of today, forty-eight days have elapsed since the issuance and service of the May 10, 2013 order. But respondent has not filed a notice of appearance, a motion to dismiss, or an answer to the Petition.

Accordingly, within **fourteen (14)** days of the date of this Order, that is, by **July 11, 2013**, respondent is **ORDERED TO SHOW CAUSE**, in writing, why this Petition should not be granted for respondent's failure to prosecute and/or comply with a court order.

If by **July 11, 2013** respondent files a notice of appearance and either a response to the Petition or a request for a reasonable extension of time to respond, this Order to Show Cause will be automatically discharged, and respondent need not respond to it separately.