JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JONES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CONRAD GRABER, Warden,<br><br>　　　　　Respondent. | Case No. CV 13-3039-DOC (SP)<br><br>**JUDGMENT** |

　　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: March 19, 2014

　　　　　　　　　　　　　　　_/s/ David O. Carter_____
　　　　　　　　　　　　　　　HONORABLE DAVID O. CARTER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE